UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BOBBY SMITH (#104536)

VERSUS  CIVIL ACTION

N. BURL CAIN, ET AL  NUMBER 08-698-JVP-SCR

CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the above captioned case in which detention complained of arises out of process issued by a State court, or the final order in a proceeding under § 2255, the court having considered the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b), Federal Rules of Appellate Procedure, hereby finds that:

_____   a substantial showing of the denial of a constitutional right on the issue(s) stated below has been made, petitioner's motion for certificate of appealability is **GRANTED**.

ISSUE(S):

\_\_✓\_\_\_   a substantial showing of the denial of a constitutional right has not been made, petitioner's motion for certificate of appealability is **DENIED** for the reasons set forth in the magistrate judge's report (record document number 18) and the court's ruling (record document number 30).

Baton Rouge, Louisiana, August 11, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA